# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 20-24325-CIV-CANNON/Otazo-Reyes

**MSP RECOVERY CLAIMS, SERIES LLC,**

Plaintiff,

v.

**CSAA INSURANCE EXCHANGE and**
**CSAA AFFINITY INSURANCE COMPANY,**

Defendants.

_____/

### ORDER CLOSING CASE

**THIS MATTER** is before the Court on the parties' Agreed Stipulation of Dismissal Without Prejudice [ECF No. 29]. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal Without Prejudice, signed by all parties who have appeared, is self-executing and dismisses the case upon filing. *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective January 21, 2021, the date the parties filed their Agreed Stipulation of Dismissal without Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. Each party shall bears its own fees and costs.

3. All deadlines are **TERMINATED** and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida, this 25th day of January 2021.[1]

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record

---

[1] In the Agreed Stipulation Without Prejudice, "the Parties stipulate that it shall not be construed in this or [in] any subsequent proceeding as a prior dismissal under Fed. R. Civ. P. 41," and that it "shall have no impact on any future filing by Plaintiff against Defendants and shall not serve as a basis for any penalty under Rule 41 or otherwise" [ECF No. 29].  The Court takes no position on the future effect of the parties' agreement other than to close this case without prejudice and to acknowledge the parties' agreement.